ISAAC MURPHY v. MOSES MYRE ET AL.

*Log lien.*

This case is ruled by the decision in *Appleman v. Myre, ante,* 359.

Error to Muskegon. (Dickerman, J.) Argued February 7, 1889. Decided April 12, 1889.

Proceedings for enforcement of log lien. Defendant log-owners bring error. Reversed as to lien. The facts are stated in *Appleman v. Myre, ante,* 359.

*De Long & O'Hara,* for appellants.
*Chamberlain & Sessions,* for plaintiff.

LONG, J. This case was heard in this Court with that of Charles Appleman against the same parties as defendants, *ante,* 359, and involves the same questions which are disposed of in that case.

The judgment in this case of the circuit and justice's court, so far as it attempts to fix or enforce a lien upon the logs described therein, is set aside and held for naught. The log-owners will recover costs of all the courts.

MORSE, CHAMPLIN, and CAMPBELL, JJ., concurred.